UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| FURNITURE BRANDS INTERNATIONAL, INC., | ) ) ) | |
| Plaintiff(s), | ) ) | |
| vs. | ) ) | Case No. 4:11CV64 JCH |
| INTERIOR HOUSE, A.G., | ) ) | |
| Defendant(s). | ) ) | |

## ORDER

This matter is before the Court on Plaintiff's Motion to Extend Case Deadlines, filed December 27, 2011. (ECF No. 44). Upon consideration, the Court will grant the motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Case Deadlines (ECF No. 44) is **GRANTED**, and the Case Management Order in this matter is modified as follows:

1. The parties shall complete all discovery in this case no later than **April 16, 2012**.

2. Any motions to dismiss, motions for summary judgment, motions for judgment on the pleadings or, if applicable, motions to exclude testimony pursuant to Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993) or Kuhmo Tire Co. Ltd. v. Carmichael, 526 U.S. 137 (1999), must be filed no later than **May 15, 2012**. Opposition briefs shall be filed no later than **June 15, 2012**, and any reply shall be filed no later than **June 29, 2012**. In the event dispositive motions are filed prior to the above specified date, the opposing party shall file a response thirty (30) days after the filing of the dispositive motion. A reply may be filed ten (10) days after the filing of the response. Briefing of such motions shall be governed by E.D.Mo. L.R. 4.01.

3. This action is set for a **JURY** trial on **October 1, 2012**, at **9 a.m.**

**IT IS FURTHER ORDERED** that all other provisions of the May 17, 2011, Case Management Order remain in effect.

**IT IS FURTHER ORDERED** that no further extensions of the pretrial deadlines or trial setting in this case will be granted.

Dated this 13th day of January, 2012.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE